**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8062

GARY L. WISE,

                Plaintiff – Appellant,

        v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JON OZMINT,
Director,

                Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(6:08-cv-00181-HFF)

Submitted:  February 19, 2009      Decided:  February 25, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary L. Wise, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Wise appeals the district court's order adopting the magistrate judge's recommendation to dismiss his 42 U.S.C. § 1983 (2000) claim as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Wise v. South Carolina Dep't of Corr., No. 6:08-cv-00181-HFF (D.S.C. Aug. 18, 2008). We deny Wise's motions for appointment of counsel, for stay pending appeal and review of application of appealability, and for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED